**FILED**

**Jul 18, 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# United States District Court

## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **v.** | |
| **PHILLIP JOHN BOIRE** | **DOCKET NUMBER:** |
| | 6:19-mj-00045 JDP |

I, legal intern Riley Doyle, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Phillip John BOIRE did or was:

> **Count 1:** Under the influence of alcohol to a degree that may endanger oneself or another in violation of Title 36 Code of Federal Regulations § 2.35(c).
> **Maximum penalty: 6 months imprisonment and/or a $5,000 fine**

> **Count 2:** Dispose of refuse in other than refuse receptacles in violation of Title 36 Code of Federal Regulations § 2.14(a)(1).
> **Maximum penalty: 6 months imprisonment and/or a $5,000 fine**

I further state I am a legal intern and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On July 3, 2019, at approximately 11:30 p.m., Yosemite Dispatch received a call reporting that an individual later identified as John Phillip BOIRE was intoxicated and planned to drive a motor vehicle. According to the caller, BOIRE had been being harassing people, being aggressive, and asking for more alcohol. Ranger Justin Fey was dispatched to the Community Center, where he found BOIRE seated in the driver's seat of a parked blue Ford van.

While Ranger Fey announced himself as a ranger at the driver's side window, BOIRE reached into his left front pants pocket. Once BOIRE opened the driver's side door, Ranger Fey smelled the overwhelming odor of alcoholic beverages coming from BOIRE's person. BOIRE was slurring his words while speaking and had a difficult time not talking over Ranger Fey.

BOIRE advised he was an Aramark employee but was unable to give his place of residence. He kept repeating he lived here in the area while pointing around the parking area, and he also stated his assigned housing was his van.

Speedy Trial Act Applies: **No**

U.S. v. Phillip John BOIRE
Criminal Complaint

BOIRE exited the vehicle, but placed his shoes on the incorrect feet. He consented to a search of his person, and inside BOIRE's front left pocket Ranger Fey located the ignition key for the van. While walking towards the rear of the van, BOIRE fell into the side of it with the left side of his upper body.

BOIRE eventually provided a residential address at the Lost Arrow Housing area in Yosemite Village. BOIRE advised he would walk home so he could go to sleep. The area between Half Dome Village and Yosemite Village is approximately one mile in distance through an area absent of artificial light and crossing a bridge over the swelling Merced River.

The reporting party told Ranger Scott Nash he witnessed BOIRE throw a beer bottle into the bushes after drinking from it. Ranger Nash recovered the discarded beer bottle, which BOIRE admitted to consuming but did not recall throwing on the ground.

Ranger Fey arrested BOIRE and transported him to the Yosemite Holding Facility. Ranger Fey administered an evidentiary breath test to BOIRE, revealing a blood alcohol content of 0.22 g/210L.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

7/18/19

Date

Riley Doyle
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/18/19

Date

Honorable Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Phillip John BOIRE
Criminal Complaint