Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number:  6:19-mj-00045-JDP |
| Plaintiff, | |
| PHILLIP JOHN BOIRE, | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| Defendant. | |

The United States, by and through its representative, acting legal officer Sean O. Anderson, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 9, 2020 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on July 31, 2019.

.

Dated:  June 3, 2020                    /S/ Sean O. Anderson
                                                  Sean O. Anderson
                                                  Acting Legal Officer
                                                  Yosemite National Park

1

1

2                                      **ORDER**

3              Upon application of the United States, good cause having been shown therefor, it is

4      hereby ordered that the review hearing scheduled for June 3, 2020 in the above-referenced matter,

5      *United States v. Boire*, 6:19-mj-00045-JDP, be vacated and probation terminated.

6
       IT IS SO ORDERED.
7

8      Dated:    June 4, 2020        _____
9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  2